**494**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Julio PEREZ–GARCIA, Defendant—Appellant.**

**No. 06–30412.**

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 7, 2007.

Helen J. Brunner, Esq., Patricia C. Lally, Esq., USSE–Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee.

Nancy D. Tenney, Esq., FPDWA–Federal Public Defender's Office, Western District of Washington, Seattle, WA, for Defendant–Appellant.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Julio Perez–Garcia appeals from his sentence of 87 months imposed following a guilty plea to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A). We

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Perez–Garcia contends that the district court erred by failing to provide an adequate explanation for the sentence imposed and by affording undue weight to the United States Sentencing Guidelines. We disagree. Upon review of the record, we conclude that Perez–Garcia's sentence is not unreasonable.

**AFFIRMED.**